Case: 1:24−mj−00137
Assigned To : Harvey, G. Michael
Assign. Date : 4/17/2024
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On April 13, 2024, at approximately 22:34 hours, members of the Metropolitan Police Department ("MPD") Fifth District Crime Suppression Team ("CST") were operating marked MPD vehicles in the 1000 block of 16th Street Northeast, Washington, D.C. Officers observed a dark in color Honda Accord with Washington, D.C. tag GL0145, parked in front of 1033 16th Street Northeast. Officers exited their marked cruiser and walked over to the Honda to make contact with its occupants. The individual who was in the driver seat of the Honda was later identified as Darren PATTERSON.

Officer Tony Nguyen approached the driver's side of the Honda and observed a black in color firearm with a tan magazine base plate attached to the magazine well of the firearm in plain view on the driver's side floorboard in between PATTERSON's feet. Officer Nguyen immediately voiced to officers on scene that a firearm was observed. Officers attempted to stop PATTERSON for further investigation. PATTERSON attempted to flee in the Honda and reversed it, causing it to strike a Nissan that was parked behind it. Officers again attempted to stop PATTERSON, at which point he drove forward, striking a second parked vehicle, and then drove onto the public sidewalk, where the Honda crashed into a private fence, destroying a portion of the fence. PATTERSON then drove the Honda into a tree on the sidewalk, which finally disabled the Honda. Officers Margodane Vanriel and Zurab Salavatov removed PATTERSON from the driver's seat and out of the Honda. Once out of the Honda, PATTERSON attempted to flee on foot, at which point multiple officers were able to stop him and place him in handcuffs.

Once the scene was under control, Officer Salavatov recovered from the driver side floorboard a black in color Glock 47, 9 mm handgun with serial number BZXL222. At the time of recovery, the firearm had one (1) live 9 mm round in the chamber and nineteen (19) live 9 mm rounds in a seventeen (17) round large capacity feeding device. MPD's Crime Scene Unit (CSU) processed the firearm and discovered an auto sear, commonly referred to as a "giggle switch," attached to the back plate of the slide. An auto sear is a device which converts a semi-automatic firearm to a fully automatic firearm. An automatic firearm is characterized as a firearm which is capable of firing more than one round by a single function of the trigger.

At the time of its recovery, the firearm appeared to be fully functional, designed to expel a projectile by the action of an explosion, capable of being fired by a single hand, and had a barrel length less than twelve inches. A police records check determined that PATTERSON does not have a license to carry a pistol in the District of Columbia and did not have the pistol registered in the District of Columbia as required by law. Officers additionally discovered that the recovered firearm had been previously reported stolen out of Montgomery County, Maryland.

A criminal history check of PATTERSON revealed that he was previously convicted of crimes punishable by imprisonment for a term exceeding one year, to include Felon in Possession of a Firearm (Prior Conviction) and Possession with Intent to Distribute Marijuana in D.C. Superior Court case 2015-CF2-013887 and Attempted Possession with Intent to Distribute a Controlled Substance in case 2013-CF2-017609.

Furthermore, officers were aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have travelled in interstate commerce prior to being recovered in the District of Columbia.

Search incident to arrest of PATTERSON, officers recovered a large clear twist with a white rock-like substance from his left inner jacket pocket, a large clear twist with a white rock-like substance on the ground near where PATTERSON was placed under arrest, and approximately $2030.00 from his person.

Based on the quantity of money and narcotics and the particular packaging of the narcotics, officers recognized its possession to be consistent with quantities possessed by individuals intending on distributing the substance and inconsistent with possession for personal use. Officers confirmed that PATTERSON's driver's license was revoked from Maryland, and that he did not possess an active license to drive in any other jurisdiction.

PATTERSON was placed under arrest and transported to the Fifth District Police Station for processing without further incident.

_____
Natalia Vorotnikova
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on April 17, 2024.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge

2